United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-4394

_____

Allison G. Ghylin,                                                    *
                                                                      *
                       Appellant,                                     *
                                                                      * Appeal from the United States
         v.                                                           * District Court for the District
                                                                      * of North Dakota.
William Clinton, as representative                                    *
of U.S. Government and Congress,                                      *         [UNPUBLISHED]
                                                                      *
                       Appellee.                                      *

_____

Submitted:  February 2, 1998

Filed:  February 2, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.


        Allison G. Ghylin appeals the district court's[1] order dismissing Ghylin's suit for
lack of jurisdiction.  Because we agree with the district court's conclusion that the
complaint presented no cognizable or justiciable matter, <u>see</u> <u>Berger Levee Dist.,</u>

_____

        [1]The Honorable Patrick A. Conmy, United States District Judge for the District
of North Dakota.

Franklin County, Mo. v. United States, 128 F.3d 679, 680-81 (8th Cir. 1997) (concerning existence of federal question jurisdiction), we affirm.  See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.